THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAUERN J. ASHFORD, Appellant, v MICHAEL RABIDEAU, as Superintendent of Groveland Correctional Facility, Respondent. [823 NYS2d 739]— Appeal from a judgment (denominated order) of the Supreme Court, Livingston County (Ronald A. Cicoria, A.J.), entered July 21, 2005 in a proceeding pursuant to CPLR article 70. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.